## AMWARD HOMES, INC. v. TOWN OF CARY

[365 N.C. 305 (2011)]

*Carlene McNulty and Judith Welch Wegner for North Carolina Justice Center; Carlene McNulty, Nina F. Simon, pro hac vice, and Joanne L. Werdel for Center for Responsible Lending; Carlene McNulty and Thomas A. Cox, pro hac vice, for Maine Attorneys Saving Homes; and North Carolina Justice Center, by Carlene McNulty, for North Carolina Advocates for Justice, AARP Foundation Litigation, Financial Protection Law Center, and National Association of Consumer Advocates, amici curiae.*

PER CURIAM.

AFFIRMED.

———————

AMWARD HOMES, INC.; ANGE CONSTRUCTION COMPANY; BLUEPOINT HOMES, INC.; HOMESCAPE BUILDING COMPANY; IMPACT DESIGN-BUILD, INC.; JOHN LEGGETT AND COMPANY; POYTHRESS CONSTRUCTION COMPANY, INC.; POYTHRESS HOMES, INC.; WARDSON CONSTRUCTION, INC.; WHG, INC. D/B/A TIMBERLINE BUILDERS; AND ZEIGLER & COMPANY v. TOWN OF CARY, A BODY POLITIC AND CORPORATE

TRADITION AT STONEWATER I, LP v. TOWN OF CARY, A BODY POLITIC AND CORPORATE

No. 390PA10

(Filed 10 November 2011)

On discretionary review pursuant to N.C.G.S. § 7A-31 from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 698 S.E.2d 404 (2010), affirming orders entered on 5 March 2009, 1 April 2009, and 2 April 2009, all by Judge Carl R. Fox in Superior Court, Wake County. Heard in the Supreme Court 17 October 2011.

*K&L Gates LLP, by William J. Brian, Jr. and Keith P. Anthony, for plaintiff-appellees.*

*Womble Carlyle Sandridge & Rice, LLP, by Michael T. Henry, Burley B. Mitchell, Jr., and John C. Cooke; and Brough Law Firm, by Michael B. Brough, for defendant-appellant.*

*Kimberly S. Hibbard, General Counsel, and Gregory F. Schwitzgebel III, Senior Assistant General Counsel, for North Carolina League of Municipalities, amicus curiae.*

STATE v. NABORS

[365 N.C. 306 (2011)]

*J. Michael Carpenter, General Counsel, North Carolina Home Builders Association, for Raleigh-Wake County Home Builders Association and North Carolina Home Builders Association, amici curiae.*

PER CURIAM.

Justice JACKSON took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See, e.g., Hall v. Toreros II, Inc.*, 363 N.C. 114, 678 S.E.2d 656 (2009).

AFFIRMED.